YUENGLING, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Albert Yuengling against the City of New York.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, P. J., votes for reversal, on the ground that the evidence is not sufficient to charge the defendant, a municipal corporation, with constructive notice, in view of the testimony adduced by the plaintiff, particularly at folios 55 and 162.

---

ZACK v. COHEN. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Theodore Zack, an infant, etc., against Nathan Cohen and others. No opinion. Motion for leave to appeal to the Court of Appeals (from 144 N. Y. Supp. 1151) denied, without costs.

---

ZAUN, Respondent, v. AHLBORN, Appellant. (Supreme Court, Appellate Division, Second Department. February 20, 1914.) Action by Annie Zaun against Charles J. Ahlborn. No opinion. Judgment and order unanimously affirmed, with costs.

END OF CASES IN VOL. **145**